No. 743. COLE *v.* VAN HORN, SHERIFF; and
No. 744. STEBBINS *v.* SAME. March 12, 1934. Petition for writs of certiorari to the Circuit Court of Appeals

for the Tenth Circuit denied. *Mr. Thomas H. Gibson* for petitioners. No appearance for respondent.